**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

FILED
U.S. DIST COURT
MIDDLE DIST OF LA

2008 DEC 17 P 3: 58

BY DEPUTY CLERK

| | |
|---|---|
| **ETHEL BACON** | |
| | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 07-615-RET-CN** |
| **ACE AMERICAN INSURANCE** | |
| **COMPANY, HEARTLAND EXPRESS,** | **JUDGE RALPH TYSON** |
| **INC. AND PATRICK CARROLL** | |
| | **MAGISTRATE JUDGE** |
| | **CHRISTINE NOLAND** |

**ORDER**

Considering the foregoing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the demand of
ETHEL BACON against ACE AMERICAN INSURANCE COMPANY, HEARTLAND
EXPRESS, INC., AND PATRICK J. CARROLL ,is dismissed, with prejudice, each party to
bear its own cost.

_Baton Rouge_, Louisiana, this _17th_ day of _December_ , 2008.

JUDGE, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT