UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ETHEL BACON

VERSUS

ACE AMERICAN INSURANCE
COMPANY, ET AL

CIVIL ACTION

NO. 07-615-C

## RULING

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated October 7, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Partial Summary Judgment (rec. doc. 7) filed by defendants, Ace American Insurance Company, Heartland Express, Inc., and Patrick Carroll, should be granted, and plaintiff Ethel Bacon's claims relating to her March 2007 knee replacement surgery (including claims for medical expenses and other general damages associated with the surgery are dismissed with prejudice. Additionally, the plaintiff's Motion for Expedited Hearing on Defendants' Motion for Partial Summary Judgment (rec. doc. 10) is denied as moot.

Baton Rouge, Louisiana, December 23, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA